In the Matter of the CITY OF YONKERS, by WILLIAM COLQUHOUN, as Commissioner of Public Works, Appellant, against M. E. D. CORPORATION et al., Respondents.

(Submitted March 13, 1933; decided March 15, 1933.)

*William A. Walsh* for motion.

*Leonard G. McAneny, Corporation Counsel,* opposed.

Motion denied, without prejudice to a renewal of the same on the argument of the appeal.

ONE AND THREE SOUTH WILLIAM STREET BUILDING CORPORATION, Respondent, *v.* GARDENS CORPORATION et al., Appellants.

(Submitted March 13, 1933; decided March 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 575.)